UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRECIOUS JONES,

                Plaintiff(s)

      -against-

CHILDREN'S RESCUE FUND, et al.,
                Defendant(s).
------------------------------------------------------------X

25 civ 5620 (JGK)

**ORDER**

The conference scheduled for Tuesday, October 21, 2025, at 12:30pm, is canceled.

**SO ORDERED.**

                                              **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 15, 2025