UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PRECIOUS JONES,

                  Plaintiff,          25-cv-5620 (JGK)

      - against -          ORDER

DAVONA JAMES, et al.,

               Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by February 24, 2026.

SO ORDERED.

Dated:    New York, New York
          February 10, 2026

                       John G. Koeltl
               United States District Judge