**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Precious Jones,**

**Plaintiffs,**

**-against-**

**Children's Rescue Fund et al.,**

**Defendants.**

**1:25-cv-05620 (JGK) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

A telephone conference was held today, during which counsel for Plaintiff and counsel for Defendants appeared, and during which Plaintiff's Letter Motion at ECF No. 25 was addressed. For the reasons stated on the record during the telephone conference, Plaintiff's Letter Motion is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED, as follows:

1. The fact discovery deadline is extended to Friday, September 18, 2026.
2. The Court further extends other scheduled deadlines as follows:
   - Dispositive motions shall be due by Monday, November 9, 2026
   - Motions in limine shall be due by Monday, December 28, 2026
   - The pretrial order shall be due by Thursday, January 14, 2027
3. A diligent search of the text messages of the current and former employees of the Children's Rescue Fund ("CRF") identified in the Letter Motion shall be conducted for the thirteen search terms listed below, and any relevant messages located by such searches shall be produced:

- ADHD
- deficit
- tamper
- falsify
- manipulate
- fraud
- disparage
- affair
- disabled
- disability
- P.J.
- accommodate
- rapid

4. If one of the current employees conducts a search of his or her own cell phone in accordance with paragraph 3 herein (rather than IT personnel at CRF), then CRF shall provide Plaintiff with a sworn declaration from that employee that the required searches were done and the relevant text messages were produced.

**SO ORDERED.**

Dated: New York, New York
August 3, 2026

Stewart d. Aaron

STEWART D. AARON
United States Magistrate Judge